FILED

APR 2 9 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. S-05-146 GEB |
| Plaintiff, | |
| v. | ORDER |
| ROBERT F. RICHARDSON, | |
| Defendant. | |

Since the Defendant stated at today's hearing that the copy of the Indictment he had previously been given was taken from him, the United States Marshal's Office is directed to provide Defendant with this Order, to which is attached a copy of the Indictment.

IT IS SO ORDERED.

DATED:  April 29, 2005

GARLAND E. BURRELL, JR.
UNITED STATES DISTRICT JUDGE

1  McGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6



**FILED**

I APR - 7 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11  UNITED STATES OF AMERICA,        )     2:05-CR-00146 GEB
                                     )
12           Plaintiff,              )     VIOLATIONS:  26 U.S.C. § 7206(1) -
                                     )     Making and Subscribing a False
13       v.                          )     Income Tax Return (4 counts);
                                     )     26 U.S.C. § 7203 - Failure to
14  ROBERT FORDNEY RICHARDSON,       )     File an Income Tax Return
                                     )
15           Defendant.              )
                                     )
16  _____)

17                    I N D I C T M E N T

18  COUNT ONE:  [26 U.S.C. § 7206(1) - Making and Subscribing a False
19              Income Tax Return]

20       The Grand Jury charges: T H A T

21                  ROBERT FORDNEY RICHARDSON,

22  defendant herein, a resident of Greenwood, California, on or about

23  August 28, 2002, in the County of El Dorado, State and Eastern

24  District of California, did willfully make and subscribe to a 1997

25  U.S. Individual Income Tax Return, Form 1040, which was verified to

26  be true and correct by a written declaration that it was made under

27  the penalties of perjury, and was filed with the Internal Revenue

28  Service, which said tax return the defendant did not believe to be

                                1

1 true and correct as to every material matter, in that the tax return
2 falsely showed a taxable income of $0, whereas in truth and in fact,
3 as he well knew and believed, his taxable income was substantially
4 in excess of that amount, all in violation of Title 26, United
5 States Code, Section 7206(1).

6 COUNT TWO:   [26 U.S.C. § 7206(1) - Making and Subscribing a False
                Income Tax Return]
7
8            The Grand Jury further charges: T H A T
9                 ROBERT FORDNEY RICHARDSON,

10 defendant herein, a resident of Greenwood, California, on or about
11 August 28, 2002, in the County of El Dorado, State and Eastern
   District of California, did willfully make and subscribe to a 1998
12 U.S. Individual Income Tax Return, Form 1040, which was verified to
13 be true and correct by a written declaration that it was made under
14 the penalties of perjury, and was filed with the Internal Revenue
15 Service, which said tax return the defendant did not believe to be
16 true and correct as to every material matter, in that the tax return
17 falsely showed a taxable income of $0, whereas in truth and in fact,
18 as he well knew and believed, his taxable income was substantially
19 in excess of that amount, all in violation of Title 26, United
20 States Code, Section 7206(1).
21
22 COUNT THREE:   [26 U.S.C. § 7206(1) - Making and Subscribing a False
                  Income Tax Return]
23           The Grand Jury further charges: T H A T
24                 ROBERT FORDNEY RICHARDSON,
25 defendant herein, a resident of Greenwood, California, on or about
26 January 24, 2003, in the County of El Dorado, State and Eastern
27 District of California, did willfully make and subscribe to a 2000
28 U.S. Individual Income Tax Return, Form 1040, which was verified to

                            2

1   be true and correct by a written declaration that it was made under
2   the penalties of perjury, and was filed with the Internal Revenue
3   Service, which said tax return the defendant did not believe to be
4   true and correct as to every material matter, in that the tax return
5   falsely showed a taxable income of $0, whereas in truth and in fact,
6   as he well knew and believed, his taxable income was substantially
7   in excess of that amount, all in violation of Title 26, United
8   States Code, Section 7206(1).

9   COUNT FOUR:   [26 U.S.C. § 7206(1) - Making and Subscribing a False
                  Income Tax Return]
10
            The Grand Jury further charges: T H A T
11
                        ROBERT FORDNEY RICHARDSON,
12
    defendant herein, a resident of Greenwood, California, on or about
13
    January 24, 2003, in the County of El Dorado, State and Eastern
14
    District of California, did willfully make and subscribe to a 2001
15
    U.S. Individual Income Tax Return, Form 1040, which was verified to
16
    be true and correct by a written declaration that it was made under
17
    the penalties of perjury, and was filed with the Internal Revenue
18
    Service, which said tax return the defendant did not believe to be
19
    true and correct as to every material matter, in that the tax return
20
    falsely showed a taxable income of $0, whereas in truth and in fact,
21
    as he well knew and believed, his taxable income was substantially
22
    in excess of that amount, all in violation of Title 26, United
23
    States Code, Section 7206(1).
24
    ///
25
    ///
26
    ///
27
    ///
28

                                    3

1  COUNT FIVE: [26 U.S.C. § 7203 - Failure to File an Income Tax
              Return]

2
           The Grand Jury further charges: T H A T
3
                    ROBERT FORDNEY RICHARDSON,
4
   defendant herein, during the calendar year 1999, who was then a
5
   resident of Greenwood, California, County of El Dorado, State and
6
   Eastern District of California, had and received gross income of
7
   approximately $182,059; that by reason of such gross income he was
8
   required by law on or before April 17, 2000, to make an income tax
9
   return to the Director of the Internal Revenue Service Center at
10
   Ogden, Utah, or to the District Director of the Internal Revenue
11
   Service for the Internal Revenue District of Northern California, or
12
   other proper official of the United States, stating specifically the
13
   items of his gross income and any deductions and credits to which he
14
   was entitled; and that well-knowing and believing all of the
15
   foregoing, he did willfully fail to make an income tax return to
16
   said Director of the Internal Revenue Service Center, to said
17
   District Director of the Internal Revenue Service, or to any other
18
   proper officer of the United States, in violation of Title 26,
19
   United States Code, Section 7203.
20

21
                                           A TRUE BILL.
22

23                                /s/ Signature on file w/AUSA
                                              FOREPERSON
24

25

26

27 McGREGOR W. SCOTT
   United States Attorney
28

                                   4