**FILED**

MAY - 9 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. S-05-146 GEB |
| Plaintiff, ) | |
| v. ) | ORDER |
| ROBERT F. RICHARDSON, ) | |
| Defendant. ) | |

The Order filed April 29, 2005, which granted Defendant Robert F. Richardson "pro per status and privileges" at the Sacramento County Main Jail, is withdrawn.[1] The Order is withdrawn because today Defendant Richardson elected to be represented by an attorney, and the Federal Defender was appointed to represent him.

The United States Marshal is directed to serve a copy of this Order on the Sacramento County Main Jail.

IT IS SO ORDERED.

DATED: May 6, 2005

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Defendant's Jail Identification is X-ref Number 4119968.