```
QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT FORDNEY RICHARDSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR.S-05-146 GEB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **STIPULATION AND ORDER;** |
| ) | **EXCLUSION OF TIME** |
| ) | |
| ROBERT FORDNEY RICHARDSON, ) | |
| Defendant. ) | Date: November 4, 2005 |
| _____ | Time: 9:00 a.m. |
| | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KEN MELIKIAN, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of October 28, 2005 shall be vacated and a status conference scheduled for November 4, 2005 at 9:00 a.m.

This continuance is requested as defense counsel needs additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through

Stip and Order

November 4, 2005, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: October 26, 2005                    Respectfully submitted,

                                           QUIN DENVIR
                                           Federal Public Defender


DATED: October 26, 2005                    /s/ MARK J. REICHEL
                                           MARK J. REICHEL
                                           Assistant Federal Defender
                                           Attorney for Defendant


                                           McGREGOR SCOTT
                                           United States Attorney


DATED: October 26, 2005                    /s/ MARK J. REICHEL for
                                           KEN MELIKIAN
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED**. Time is excluded and the hearing continued on the dates and upon the grounds set forth--herein above in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED:  October 26, 2005

                                           /s/ Garland E. Burrell, Jr.
                                           GARLAND E. BURRELL, JR.
                                           United States District Judge

Stip and Order                              2