```
QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT FORDNEY RICHARDSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>      v.                           )<br>                                   )<br>                                   )<br>                                   )<br>ROBERT FORDNEY RICHARDSON,         )<br>            Defendant.            )<br>_____    | NO. CR.S-05-146 GEB<br><br><br><br>**STIPULATION TO SET A SCHEDULE FOR THE FILING OF ALL DISPOSITIVE PRETRIAL MOTIONS; ORDER ON EXCLUSION OF TIME**<br><br>Date: February 24, 2005<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KEN MELIKIAN, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of December 2, 2005 shall be vacated.

The parties further agree and stipulate to the setting of a schedule for the filing of all dispositive pretrial motions and hearing date thereon.

The parties agree as follows:

Defense motions to be filed on or before January 13, 2006. Government opposition on or before February 10, 2006; the Defense

1  Reply, if any, on or before February 17, and a hearing date on February
2  24, 2006.  At present, the parties do not anticipate the hearing date
3  of February 24, 2006 to be an evidentiary hearing, but, rather, for
4  argument on the motions only. If this position changes the parties will
5  notify the court in advance of the hearing date.

6      The parties agree that the time period from the filing of this
7  stipulation, through to the date of the filing of the defense motions
8  should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local
9  Code T4 based upon continuity of counsel and defense preparation, in
10 that defense counsel has extensive legal research and fact development
11 to conduct prior to the filing of the motions.  The parties further
12 agree that once the defense motions are on file, time should be
13 excluded from that date until the decision on those motions pursuant to
14 18 U.S.C. §3161(h)(1)(F) and Local Code E, the pendency of motions on
15 file with the court.

```
                                        Respectfully submitted,
                                        QUIN DENVIR
                                        Federal Public Defender


DATED: November 29, 2005                /s/ MARK J. REICHEL
                                        MARK J. REICHEL
                                        Assistant Federal Defender
                                        Attorney for Defendant


                                        McGREGOR SCOTT
                                        United States Attorney


DATED: November 29, 2005                /s/ MARK J. REICHEL for
                                        KEN MELIKIAN
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff
```

**O R D E R**

2

1  **IT IS SO ORDERED.** Time is excluded and the hearing continued on
2  the dates and upon the grounds set forth--herein above in the interests
3  of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code
4  T4, and once the motions are on file pursuant to 18 U.S.C.
5  §3161(h)(1)(F) and Local Code E, the pendency of motions on file with
6  the court.
7  DATED:   December 1, 2005

            /s/ Garland E. Burrell, Jr.
            GARLAND E. BURRELL, JR.
            United States District Judge