DENNIS W. WAKS, Bar #142581
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT FORDNEY RICHARDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>             Plaintiff,       )<br>                              )<br>     v.                       )<br>                              )<br>                              )<br>                              )<br>ROBERT FORDNEY RICHARDSON,    )<br>             Defendant.       )<br>_____) | NO. CR.S-05-146 GEB<br><br>**STIPULATION TO VACATE BRIEFING SCHEDULE; ORDER ON EXCLUSION OF TIME**<br><br>Date: February 24, 2005<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KEN MELIKIAN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the briefing schedule previously set be vacated.  The parties request that the hearing date remain as scheduled for a status conference and that time continue to be excluded for preparation of defense counsel.

Defense counsel Rachelle Barbour was recently assigned to this case when prior defense counsel left the Federal Defender's Office. Defense counsel must familiarize herself with the case, investigate the facts, research the legal issues, and discuss the case with Mr. Richardson and the government before preparing any motions.  The

parties will again set a briefing schedule in the future if motions are necessary.

For this reason, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through February 24, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

```
                                        Respectfully submitted,
                                        DENNIS W. WAKS
                                        Acting Federal Defender


DATED: January 12, 2006                 /s/ RACHELLE BARBOUR
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Attorney for Defendant


                                        McGREGOR SCOTT
                                        United States Attorney


DATED: January 12, 2006                 /s/ RACHELLE BARBOUR for
                                        KEN MELIKIAN
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff
```

## O R D E R

**IT IS SO ORDERED.** The briefing schedule is vacated and the hearing date is kept for a status conference. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated:  January 13, 2006

```
                        /s/ Garland E. Burrell, Jr.
                        GARLAND E. BURRELL, JR.
                        United States District Judge
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28