DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT FORDNEY RICHARDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. CR.S-05-146 GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION TO CONTINUE STATUS** |
| | ) | **CONFERENCE; ORDER ON EXCLUSION OF** |
| | ) | **TIME** |
| ROBERT FORDNEY RICHARDSON, | ) | |
| Defendant. | ) | Date: September 8, 2006 |
| _____ | | Time: 9:00 a.m. |
| | | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KEN MELIKIAN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference previously set be continued to September 8, 2006, and that time continue to be excluded for preparation of defense counsel.

Defense counsel continues to familiarize herself with the case, investigate the facts, and research the legal issues.  Defense counsel must discuss the case with Mr. Richardson and the government before preparing any motions.

For this reason, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and

the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through September 8, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

```
                              Respectfully submitted,
                              DANIEL J. BRODERICK
                              Federal Defender


DATED: July 26, 2006          /s/ RACHELLE BARBOUR
                              RACHELLE BARBOUR
                              Assistant Federal Defender
                              Attorney for Defendant


                              McGREGOR SCOTT
                              United States Attorney


DATED: July 26, 2006          /s/ RACHELLE BARBOUR for
                              KEN MELIKIAN
                              Assistant U.S. Attorney
                              Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.** The previously set status conference is continued to September 8, 2006. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated: July 27, 2006

```
                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```

2