1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California  95814
4 Telephone: (916) 498-5700

5 Attorney for Defendant
ROBERT FORDNEY RICHARDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR.S-05-146 GEB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **STIPULATION TO CONTINUE STATUS** |
| ) | **CONFERENCE; ORDER ON EXCLUSION OF** |
| ) | **TIME** |
| ROBERT FORDNEY RICHARDSON, ) | |
| ) | Date: February 9, 2007 |
| Defendant. ) | Time: 9:00 a.m. |
| _____ | Judge: Hon. Garland E. Burrell, Jr. |

  IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KEN MELIKIAN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference previously set for January 12, 2007 be continued to February 9, 2007, and that time continue to be excluded for preparation of defense counsel.

  Defense counsel has provided exculpatory information to the government in order to facilitate a resolution in this case.  The government must review this information and the parties must meet to discuss the case and a possible resolution.

  For this reason, the parties agree that the ends of justice to be

served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through February 9, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

```
                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender


DATED: January 8, 2007              /s/ RACHELLE BARBOUR
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for Defendant


                                    McGREGOR SCOTT
                                    United States Attorney



DATED: January 8, 2007              /s/ RACHELLE BARBOUR for
                                    KEN MELIKIAN
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

### **O R D E R**

**IT IS SO ORDERED.** The previously set status conference is continued to February 9, 2007.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated:  January 10, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge