DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT FORDNEY RICHARDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT FORDNEY RICHARDSON,<br><br>　　　　　　Defendant. | NO. CR.S-05-146 GEB<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER ON EXCLUSION OF TIME**<br><br>Date: April 13, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KEN MELIKIAN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference previously set for March 9, 2007 be continued to April 13, 2007, and that time continue to be excluded for preparation of defense counsel.

　　　Defense counsel has provided exculpatory information to the government in order to facilitate a resolution in this case.  The government must review this information and the parties must meet to discuss the case and a possible resolution.

　　　For this reason, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and

the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through April 13, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                        Respectfully submitted,
                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: March 8, 2007             /s/ RACHELLE BARBOUR
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Attorney for Defendant

                                        McGREGOR SCOTT
                                        United States Attorney

DATED: March 8, 2007             /s/ RACHELLE BARBOUR for
                                        KEN MELIKIAN
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** The previously set status conference is continued to April 13, 2007. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated: March 9, 2007

                                        GARLAND E. BURRELL, JR.
                                        United States District Judge