DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT FORDNEY RICHARDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               ) NO. CR.S-05-146 GEB
            Plaintiff,         )
                               )
    v.                         )
                               ) **STIPULATION TO CONTINUE STATUS**
                               ) **CONFERENCE; ORDER ON EXCLUSION OF**
                               ) **TIME**
ROBERT FORDNEY RICHARDSON,     )
                               ) Date: May 11, 2007
            Defendant.         ) Time: 9:00 a.m.
_____) Judge: Hon. Garland E. Burrell, Jr.

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KEN MELIKIAN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference previously set for April 13, 2007 be continued to May 11, 2007, and that time continue to be excluded for preparation of defense counsel.

Defense counsel has provided exculpatory information to the government in order to facilitate a resolution in this case.  The government must review this information and the parties must meet to discuss the case and a possible resolution.

For this reason, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and

the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through May 11, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

```
                                 Respectfully submitted,
                                 DANIEL J. BRODERICK
                                 Federal Defender


DATED: April 12, 2007            /s/ RACHELLE BARBOUR
                                 RACHELLE BARBOUR
                                 Assistant Federal Defender
                                 Attorney for Defendant


                                 McGREGOR SCOTT
                                 United States Attorney



DATED: April 12, 2007            /s/ RACHELLE BARBOUR for
                                 KEN MELIKIAN
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff
```

### O R D E R

**IT IS SO ORDERED.** The previously set status conference is continued to May 11, 2007.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated:  April 18, 2007

```
                                 /s/ Garland E. Burrell, Jr.
                                 GARLAND E. BURRELL, JR.
                                 United States District Judge
```

2