1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ROBERT FORDNEY RICHARDSON

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

   UNITED STATES OF AMERICA,           )
11                                      )  NO. CR.S-05-146 GEB
                        Plaintiff,      )
12                                      )
        v.                             )
13                                      )  **STIPULATION TO CONTINUE STATUS**
                                        )  **CONFERENCE; ORDER ON EXCLUSION OF**
14                                      )  **TIME**
   ROBERT FORDNEY RICHARDSON,          )
15                                      )  Date: July 27, 2007
                        Defendant.       )  Time: 9:00 a.m.
16  _____       Judge: Hon. Garland E. Burrell, Jr.

17       IT IS HEREBY STIPULATED by and between the parties hereto through

18  their respective counsel, KEN MELIKIAN, Assistant United States

19  Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant

20  Federal Defender, attorney for Defendant, that the status conference

21  previously set for June 29, 2007 be continued to July 27, 2007, and

22  that time continue to be excluded for preparation of defense counsel.

23       Defense counsel has provided exculpatory information to the

24  government in order to facilitate a resolution in this case.  The

25  government must review this information and the parties must meet to

26  discuss the case and a possible resolution.

27       For this reason, the parties agree that the ends of justice to be

28  served by a continuance outweigh the best interests of the public and

the defendant in a speedy trial and that time under the Speedy Trial
Act may be excluded from the date of this order through July 27, 2007,
pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender


DATED: June 27, 2007                /s/ RACHELLE BARBOUR
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for Defendant


                                    McGREGOR SCOTT
                                    United States Attorney


DATED: June 27, 2007                /s/ RACHELLE BARBOUR for
                                    KEN MELIKIAN
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

                         **O R D E R**

     **IT IS SO ORDERED.** The previously set status conference is

continued to July 27, 2007.  Time is excluded in the interests of

justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated:  June 28, 2007


_____
GARLAND E. BURRELL, JR.
United States District Judge

2