1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ROBERT FORDNEY RICHARDSON
6

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )
11                                   )  NO. CR.S-05-146 GEB
                    Plaintiff,       )
12                                   )
        v.                           )
13                                   )  **STIPULATION TO CONTINUE STATUS**
                                     )  **CONFERENCE; ORDER ON EXCLUSION OF**
14                                   )  **TIME**
   ROBERT FORDNEY RICHARDSON,        )
15                                   )  Date: November 30, 2007
                    Defendant.       )  Time: 9:00 a.m.
16 _____    Judge: Hon. Garland E. Burrell, Jr.

17     IT IS HEREBY STIPULATED by and between the parties hereto through

18 their respective counsel, KEN MELIKIAN, Assistant United States

19 Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant

20 Federal Defender, attorney for Defendant, that the status conference

21 previously set for November 2, 2007 be continued to November 30, 2007,

22 and that time continue to be excluded for preparation of defense

23 counsel.

24     Defense counsel has provided exculpatory information to the

25 government in order to facilitate a resolution in this case.  The

26 government must review this information and the parties must meet to

27 discuss the case and a possible resolution.  The government must

28 provide a written plea offer to the defense.

1    For this reason, the parties agree that the ends of justice to be

2 served by a continuance outweigh the best interests of the public and

3 the defendant in a speedy trial and that time under the Speedy Trial

4 Act may be excluded from the date of this order through November 30,

5 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                              Respectfully submitted,
6                             DANIEL J. BRODERICK
7                             Federal Defender

8

9 DATED: November 1, 2007        /s/ RACHELLE BARBOUR
10                               RACHELLE BARBOUR
                                 Assistant Federal Defender
                                 Attorney for Defendant
11

12                               McGREGOR SCOTT
13                               United States Attorney

14

15 DATED: November 1, 2007       /s/ RACHELLE BARBOUR for
                                 KEN MELIKIAN
16                               Assistant U.S. Attorney
                                 Attorney for Plaintiff

17

18                          **O R D E R**

19    **IT IS SO ORDERED.** The previously set status conference is

20 continued to November 30, 2007.  Time is excluded in the interests of

21 justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

22

23 DATED: November 7, 2007

24                          GARLAND E. BURRELL, JR.

25                          United States District Judge

26

27

28

                              2