DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT FORDNEY RICHARDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. CR.S-05-146 GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION TO CONTINUE STATUS** |
| | ) | **CONFERENCE; ORDER ON EXCLUSION OF** |
| | ) | **TIME** |
| ROBERT FORDNEY RICHARDSON, | ) | |
| | ) | Date: December 14, 2007 |
| Defendant. | | Time: 9:00 a.m. |
| _____ | | Judge: Hon. Garland E. Burrell, Jr. |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KEN MELIKIAN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference previously set for November 30, 2007 be continued to December 14, 2007, and that time continue to be excluded for preparation of defense counsel.

    The government has provided a written plea offer to the defense. Defense counsel must send the offer to Mr. Richardson and discuss it with him thoroughly, so that he may decide whether to accept the offer.

    For this reason, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and

the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through December 14, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                      Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

DATED: November 26, 2007      /s/ RACHELLE BARBOUR
RACHELLE BARBOUR
Assistant Federal Defender
Attorney for Defendant

McGREGOR SCOTT
United States Attorney

DATED: November 26, 2007      /s/ RACHELLE BARBOUR for
KEN MELIKIAN
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** The previously set status conference is continued to December 14, 2007. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: November 28, 2007

GARLAND E. BURRELL, JR.
United States District Judge

2