DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Attorney for Defendant
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT FORDNEY RICHARDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )
                                  ) NO. CR.S-05-146 GEB
            Plaintiff,            )
                                  )
    v.                            )
                                  ) **STIPULATION TO PERMIT TRAVEL AND**
                                  ) **RELEASE PASSPORT**
                                  )
ROBERT FORDNEY RICHARDSON,        )
                                  )
            Defendant.
_____

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KEN MELIKIAN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that Mr. Richardson's release conditions be modified to permit his travel to England between the dates of December 20, 2008 and January 5, 2009.  Mr. Richardson's friends have invited him to spend the holidays with them and will pay for his ticket.  Mr. Richardson and defense counsel have communicated with the pretrial services officer who has reviewed this modification and agrees with it.  This modification requires Mr. Richardson to provide his pretrial services officer with his full travel itinerary, including all airline information prior to leaving for his trip.

The parties also agree that Mr. Richardson's passport should be released from the Clerk's Office for the purpose of this trip.  Upon his return, Mr. Richardson will refile the passport with the Clerk's Office.

```
                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender


DATED: December 19, 2008            /s/ RACHELLE BARBOUR
                                    RACHELLE BARBOUR
                                    Attorney for Defendant


                                    McGREGOR SCOTT
                                    United States Attorney



DATED: December 19, 2008            /s/ RACHELLE BARBOUR for
                                    KEN MELIKIAN
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

### O R D E R

**IT IS SO ORDERED.** Mr. Richardson is given permission to travel as set forth above.  The Clerk shall release his passport to him or his representative from the Federal Defender's Office.

DATED: December 22, 2008.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2