```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    ROBERT RICHARDSON
 6

 7

 8                 IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,     )  No. CR.S. 05-146-GEB
                                  )
13              Plaintiff,        )  MOTION TO RELEASE PASSPORT and
                                  )  EXONERATE UNSECURED BOND;
14       v.                       )  ORDER (PROPOSED)
                                  )
15  ROBERT RICHARDSON,            )
                                  )  (No hearing requested)
16              Defendant.        )
                                  )
17  _____)  Judge: Hon. Garland E. Burrell
```

18

19      On May 5, 2005, Mr. Richardson deposited his passport and a

20 $50,000.00 unsecured bond with the Court as a condition of his release

21 on bond.  On December 14, 2007, the defendant pled guilty.  He was

22 sentenced on March 26, 2010 to 1 month in the custody of the Bureau of

23 Prisons with 12 months of supervised release.  His term of supervised

24 release began on April 21, 2010 and terminated on April 21, 2011.

25      Mr. Richardson has completed his one year term of supervised

26 release and is requesting the release of his passport and exoneration

27 of the unsecured bond.

28 / /

A proposed order follows for the Court's convenience.

Dated:  April 28, 2011

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Rachelle Barbour
                                        _____
                                        RACHELLE BARBOUR
                                        Attorney for ROBERT RICHARDSON

### **O R D E R**

The Clerk of the Court is ordered to release the passport deposited in this case to Mr. Richardson, in care of his attorney, Rachelle Barbour at the Federal Defender's Office.  The Court exonerates the $50,000.00 unsecured bond.

Dated:  April 28, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

2